■ In the Matter of 215 RESTAURANT CORPORATION, Petitioner, against THOMAS E. ROHAN et al., Constituting the NEW YORK STATE LIQUOR AUTHORITY, Respondents.— This proceeding to review a determination of respondents suspending petitioner's restaurant liquor license for 210 days has been transferred to this court pursuant to section 1296 of the Civil Practice Act. The determination was based on findings that petitioner suffered or permitted the licensed premises to become disorderly on three separate occasions. Determination unanimously confirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ JEAN KAPLAN, Respondent, v. JACK KAPLAN, Appellant.—In an action for separation, the appeal is from so much of an order as directs appellant to pay (1) *pendente lite*, $100 a week for the support of his wife and child and in addition the monthly carrying charges, including utilities, of the co-operative apartment owned by the parties and (2) a counsel fee of $750. Order, insofar as appealed from, affirmed, with $10 costs and disbursements (see *Goldberg* v. *Goldberg*, 4 A D 2d 884). Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.